1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICHI (CA Bar No. 215129)
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA 94306-2212
4   Tel: 650.843.4000
    Fax: 650.843.4001
5
    Attorneys for Plaintiff
6   CNF Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  CNF Inc.,

12                        Plaintiff,              Case No. 3:05-CV-02375-MHP

13              vs.                               [PROPOSED] MODIFIED ORDER
                                                  ORDERING THE TRANSFER OF
14  CONWAYFREIGHT.COM,                            CONWAYFREIGHT.COM TO A
                                                  REGISTRAR OF CNF INC.'S CHOOSING
15                        Defendant.

16
         Having considered Plaintiff CNF Inc.'s Motion for Default Judgment and Request for
17  Modified Order,

18  IT IS SO ORDERED, ADJUDGED AND DECREED THAT:

19       Verisign, Inc., the domain name registry for the CONWAYFREIGHT.COM domain

20  name, shall change the registrar of record for the CONWAYFREIGHT.COM domain name from

21  the current registrar to Network Solutions, LLC, who will subsequently transfer ownership of and

22
    register the CONWAYFREIGHT.COM domain name to CNF Inc.
23

24       IT IS SO ORDERED.

25

26  Dated: May 15, 2006                    Respect

27                                         The Hon
                                           United Sta
28
                                                      IT IS SO ORDERED

                                                      Judge Marilyn H. Patel

    1-PA/3587741.1                                           PROPOSED MODIFIED ORDER